# Court of Appeals
# of the State of Georgia

ATLANTA,_____April 13, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1016. JRMAH & ASSOCIATES, INC. et al. v. W. SCOTT NIXON.

The appeal in the above-referenced matter was docketed on January 29, 2015. Under Court of Appeals Rules 22 (a) and 23 (a), appellant must file a brief and enumeration of errors within 20 days after the case is docketed. Failure to file within that time, unless extended for good cause shown, may subject the appeal to dismissal.

Appellants' brief and enumeration of errors in this case were due to be filed no later than February 18, 2015. Appellants have neither filed a brief and enumeration of errors nor requested an extension of time in which to do so.

Appellee has filed a Motion to Dismiss for appellants' failure to file. Accordingly, the motion is GRANTED and this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,_____* 04/13/2015 _____
  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
  *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*